UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BIG BURGER, INC, et al.,<br><br>    Defendants. | Case No. 15-cv-01505-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this ADA access case on April 1, 2015, and two of the three defendants were served shortly thereafter although no defendant has appeared in the action.  On June 9, 2015, Plaintiff filed a First Amended Complaint.  Since that date the docket does not reflect any activity, including any service of the First Amended Complaint.  Accordingly, on or before **October 28, 2015**, Plaintiff shall provide the Court with a written status update on the prosecution of this action.

**IT IS SO ORDERED.**

Dated: October 5, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge